UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **WESLEY J. RICHARDSON**, | Case No. 6:15-cv-00428-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security**, | |
| Defendant. | |

    Kathryn Tassinari
    Robert A. Baron
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Ste. 200
    Eugene, OR 97401

        Attorneys for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

  Attorneys for Defendant


KING, Judge:

  Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

  IT IS SO ORDERED.

  DATED this    6th    day of May, 2016.


           /s/ Garr M. King
          Garr M. King
          United States District Judge